# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| FILIPIAK, et al. | : | 02-3279 |
| AKERS | : | 02-3299 |
| ROBERTSON, et al. | : | 02-3324 |
| WALTON, et al. | : | 02-3366 |
| GEORGE, et al. | : | 02-3379 |
| COPON, et al. | : | 02-3390 |
| HENDERSON | : | 02-3399 |
| AYERS, et al. | : | 02-3443 |
| BRYAN | : | 02-3446 |
| CEDILLO, et al. | : | 02-3480 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

## **O R D E R**

**AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**William H. Yohn, Jr., Judge**